# UNITED STATES DISTRICT COURT
## for the

### Western District of Arkansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 1:09CR10018-002 |
| Melvin Hurndon, Jr. | ) |
| | ) USM No: 06778-010 |
| Date of Original Judgment: October 06, 2010 | ) |
| Date of Previous Amended Judgment: N/A | ) William A. McLean |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

X DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   October 06, 2010   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  26 Sept. 2012
                                  U.S. DISTRICT COURT
                                  WESTERN DIST ARKANSAS                    *Judge's Signature*
                                  FILED

Effective Date: _____                                          HARRY F. BARNES
            *(if different from order date)*   SEP 27 2012                   *Printed Name and title*

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk